E-FILED 11-23-09
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA VANDERWALL, | CASE NO. CV 09-6814-GHK (JCx) |
| Plaintiff, | |
| v. | JUDGMENT |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

Pursuant to our November 3, 2009 Order, Defendant Bank of America, N.A. is **DISMISSED with prejudice**. Pursuant to our November 23, 2009 Order, Defendants Mortgage Electronic Registration Systems, Washington Mutual Bank, Federal Deposit Insurance Corporation, and John F. Bovenzi are **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: November 23, 2009

_____
GEORGE H. KING
United States District Judge